**Order entered July 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00484-CV**

**IN RE TRICIA MICHELLE BESSAC, Relator**

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-24643**

**ORDER**
Before Justices Schenck, Reichek, and Carlyle

This original proceeding challenges a May 6, 2022 order denying relator's motion to transfer venue signed in the 256th Judicial District Court of Dallas County, Texas, by Judge David Lopez, then presiding. Judge Lopez has left the bench. Judge Mike Lee has been appointed to the 256th Judicial District Court.

Rule 7.2(b) requires this Court to abate this proceeding to allow the successor judge to reconsider the May 6, 2022 order. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

1

Accordingly, we **ABATE** this original proceeding. This case is removed from the Court's active docket until further order of this Court, to allow the successor judge, to reconsider the May 6, 2022 ruling of the former judge of the 256th Judicial District Court. We further **ORDER** the parties to file a status report with this Court within ten days of any ruling by the successor judge required by rule 7.2(b).

/s/ Amanda L. Reichek
AMANDA L. REICHEK
JUSTICE